UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**ROBERT L. DAVIS,**

    **Plaintiff,**

v.     Case No. 5:21-cv-228-TKW-MJF

**ASHLEY MOODY and
KAREN E. RUSHING,**

    **Defendants.**

_____/

# ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). The Court reviewed de novo the issues raised by Plaintiff in his objections (Doc. 5)[1] in accordance with 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed pursuant to the "three strikes rule" in 28 U.S.C. §1915(g).

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] This filing was titled "Motion to Strike the Court's Alteration of the Facts," but it was treated as an objection to the Report and Recommendation. *See* Doc. 7, at 2 (¶2). Plaintiff was given until January 3, 2022, to supplement that filing with any additional objections, *id.* (¶1), but he did not do so.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**, and this case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

3. The Clerk shall close the file.

**DONE and ORDERED** this 13th day of January, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**